# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WINONAH OTAMIAS KRUG,

    Plaintiff

v.

STATE FARM FIRE & CASUALTY
COMPANY,

    Defendant

Case No.: 2:24-cv-01726-APG-EJY

**Order**

In light of the parties' notice of settlement (ECF No. 7),

I ORDER the parties to file a stipulation of dismissal or status report regarding settlement by October 28, 2024.

DATED this 4th day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE