ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Fire &
Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WINONAH OTAMIAS KRUG, an individual, | Case No.: 2:24-cv-01726-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM FIRE & CASUALTY COMPANY; DOES I – X, and ROE CORPORATIONS I – X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff WINONAH OTAMIAS KRUG ("Plaintiff"), by and through her attorneys, GINA CORENA & ASSOCIATES, and Defendant STATE FARM FIRE & CASUALTY COMPANY ("Defendant"), by and through its attorney, LEWIS BRISBOIS BISGAARD & SMITH, LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

146240651.1

No trial date has been set.

DATED this 16th day of October, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Jennifer A. Taylor*
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Fire & Casualty Company*

DATED this 16th day of October, 2024.

GINA CORENA & ASSOCIATES

*/s/ Chet A. Glover*
GINA M. CORENA
Nevada Bar No. 10330
CHET A. GLOVER
Nevada Bar No. 10054
300 S. Fourth Street, Ste. 1400
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

BASED UPON THE FOREGOING STIPULATION and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

No trial date has been set.

**IT IS SO ORDERED**.

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: October 18, 2024

146240651.1                                        2